IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 RETIREMENT PLAN TRUST FUND, *et al.*,<br>   *Plaintiffs,*<br> v.<br>CABLELINKS, INC.,<br>   *Defendant.* | CIVIL ACTION<br>NO. 15-01925 |
| CABLELINKS, INC.,<br>   *Third-Party Plaintiff,*<br> v.<br>DELMARVA POWER & LIGHT COMPANY and PEPCO HOLDINGS, INC.,<br>   *Third-Party Defendants.* | |

## ORDER

**AND NOW**, this 10th day of December, 2015, upon consideration of Third-Party Defendants Delmarva Power & Light Company ("DP&L") and Pepco Holdings, Inc.'s ("PHI") Motion to Dismiss Cablelinks, Inc.'s ("Cablelinks") Third-Party Complaint (ECF No. 9), Cablelinks's Response (ECF No. 12), and DP&L and PHI's Reply (ECF No. 14), it is hereby **ORDERED** that DP&L and PHI's Motion to Dismiss is **GRANTED**.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.